IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFREDO MEDRANO, Individually;
OLGA ALANIZ, Individually; & on behalf of
G.A.M. & F.M., Minor Children,

      Plaintiffs,

v.                                           No. 1:20-cv-00950-KG-LF

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion of the Plaintiffs [Doc. 8], all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:


*/s/ Rachel Berenson - approved via email*
Rachel Berenson
Berenson & Associates, P.C.
415 Sixth Street NW
Albuquerque, NM 87102
rachel@nmjusticelaw.com
*Attorney for Plaintiffs*

Approved by:

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, New Mexico 87125
tschwarz@mstlaw.com
*Attorneys for Defendant*